**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY VERGA,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED AIR LINES, INC.,<br><br>  Defendant.<br>_____/ | No. C-06-4969 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND FINDINGS OF FACT AND CONCLUSIONS OF LAW AND TO ALTER OR AMEND ORDER DISMISSING COMPLAINT AND SETTING ASIDE ENTRY OF DEFAULT AND DISMISSAL; VACATING HEARING**<br><br>(Docket No. 11) |

Before the Court is plaintiff's motion, filed February 16, 2007, "to alter or amend findings of fact and conclusions of law and to alter or amend order dismissing complaint and setting aside entry of default and dismissal." On February 5, 2007, the Court granted defendant's motion to dismiss, on the ground the instant action is barred by the doctrine of res judicata. Plaintiff's motion sets forth no argument, let alone authority, suggesting the Court erred in applying said doctrine to the instant case.

Accordingly, as plaintiff has set forth no grounds for setting aside the Court's order of February 5, 2007, plaintiff's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: February 22, 2007

_____
MAXINE M. CHESNEY
United States District Judge